UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

         Plaintiff,

v.

ABDI A. ABDI,

         Defendant.

Case No. 23-CR-68

## IN THE MATTER OF THE APPLICATION AND ORDER FOR A WRIT OF HABEAS CORPUS FOR PROSECUTION

The United States Attorney for the Eastern District of Wisconsin respectfully petitions this Court for a writ to secure the appearance of the following defendant, who is believed to be confined at the **MILWAUKEE COUNTY CRIMINAL JUSTICE FACILITY (CJF)** for the following judicial proceeding:

**Defendant:** ABDI A. ABDI, Booking #: 2023005635, DOB: XX/XX/2001
**Proceeding:** Change of Plea hearing
**Date/Time:** 01/18/2024 at 01:30pm
**Before:** United States District Judge Brett H. Ludwig
517 E. Wisconsin Avenue, Room 320
Milwaukee, Wisconsin

Respectfully submitted this 11th day of January 2024.

         GREGORY J. HAANSTAD
         United States Attorney

         */s/ William T. Berens*
         WILLIAM T. BERENS
         ABBEY M. MARZICK
         Assistant United States Attorneys

Upon the foregoing petition, **IT IS HEREBY ORDERED** that the Clerk issue a Writ of Habeas Corpus for Prosecution as requested:

Dated at Milwaukee, Wisconsin, this __11th__ day of January 2024.

         _____
         **HONORABLE WILLIAM E. DUFFIN**
         United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                         Plaintiff,

      v.                                                    **Case No. 23-CR-68**

ABDI A. ABDI,

                        Defendant.

## WRIT OF HABEAS CORPUS FOR PROSECUTION

To: **WARDEN OR SUPERINTENDENT, MILWAUKEE COUNTY CRIMINAL JUSTICE FACILITY (CJF) OR ANY OTHER PERSON HAVING CUSTODY OF THE DEFENDANT, THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF WISCONSIN, AND ANY UNITED STATES MARSHAL OF ANY DISTRICT WHEREIN THE DEFENDANT MAY BE IN CUSTODY**.

    It is HEREBY ORDERED that you have **ABDI A. ABDI, Booking #: 2023005635, DOB: 01/08/2001** now detained at the **MILWAUKEE COUNTY CRIMINAL JUSTICE FACILITY (CJF),** produced under safe and secure conduct, to the Honorable Brett H. Ludwig, United States Courthouse, 517 E. Wisconsin Avenue, Room 320, Milwaukee, Wisconsin, commencing on **01/18/2024 at 01:30pm** for the purpose of a **Change of Plea hearing**.

    It is FURTHER ORDERED that at the completion of said proceedings, you return the prisoner to said institution promptly, or within any other specific timeframe set by the United States District Court for the Eastern District of Wisconsin, under safe and secure conduct.

    WITNESS, The Honorable William E. Duffin, United States Magistrate Judge for the Eastern District of Wisconsin, at Milwaukee, in the State and Eastern District of Wisconsin, on this __11th__ day of January 2024.



                                            **GINA M. COLLETTI**
                                            Clerk of Court

                    BY:
                                           /s/B. Xiong
                                           Deputy Clerk